Case 1:25-mj-00144-MAU    Document 1-1

Case: 1:25-mj-00144
Assigned To: Judge Upadhyaya. Moxila A.
Assign. Date: 8/16/2025
Description: COMPLAINT W/ARREST WARRANT

## STATEMENT OF OFFENSE

On Friday, August 15, 2025, at approximately 5:15 PM, United States Park Police Officer Haley was conducting a routine patrol of the National Mall when she observed a white Ford Bronco attempt to drive up onto the National Mall via a ramp, which is not a designated roadway, at/near Jefferson Drive and 12th Street SW, Washington, DC. The vehicle then reversed, pulled off the ramp, and parked along the curb of Jefferson Drive SW.

Officer Haley activated all emergency equipment and attempted to conduct a stop of the vehicle. When she did so, the driver and sole occupant, later identified as Alvin SUMMERS (DOB xx/xx/xxxx), exited the vehicle. Officer Haley asked for identification, which SUMMERS said he did not have with him. As Officer Haley was asking for identification, SUMMERS was walking around the general area. Officer Haley asked that SUMMERS stop walking around and that if he ran, she would chase him. SUMMERS then began to speed-walk away from Officer Haley.

Officer Haley pursued SUMMERS on foot. Upon catching up to him and attempting to place him in handcuffs, SUMMERS resisted. SUMMERS swung his arms at and grabbed Officer Haley by the upper body with force, which brought both to the ground. SUMMERS then stood up and began running on 12th Street SW towards Independence Avenue SW. While fleeing, a member of the DC National Guard observed SUMMERS toss something. Members of the DC National Guard then pursued and ultimately detained SUMMERS.

During a subsequent search of SUMMERS's flight path, law enforcement recovered a full vial. Based on the color and smell of the substance inside of the vial, law enforcement suspects it to be PCP.

Based on the interaction with SUMMERS, Officer Haley suffered from pain to her right knee, right ankle, right wrist, left knee, left hip, and left arm. Officer Haley also suffered from pain to parts of her face.

As such, your affiant submits that probable cause exists to charge Alvin SUMMERS (DOB xx/xx/xxxx) with a violation of 18 U.S.C. § 111(a)(1), which makes it a crime for assaulting, resisting, or impeding a federal law enforcement officer (felony) while engaged in or on account of the performance of his official duties.

Respectfully submitted,

*SA John Joyce*

John Joyce
Badge #100643
FBI

Subscribed and sworn by telephone pursuant to Fed. R. Crim. P. 4.1 and 41(d)(3) on August 16, 2025.

_____
HONORABLE MOXILA A. UPADHYAYA
UNITED STATES MAGISTRATE JUDGE