UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA**<br><br>v.<br><br>**ALVIN SUMMERS,**<br><br>Defendant. | Case No. 25-MJ-144 |

**GOVERNMENT'S MOTION TO DISMISS COMPLAINT WITHOUT PREJUDICE**

The United States of America, by and through its attorney, the United States Attorney for the District of Columbia, moves to dismiss the criminal complaint against Defendant Alvin Summers, without prejudice, pursuant to Federal Rule of Criminal Procedure 48(a). The Government has determined that dismissal of this matter is in the interests of justice. Therefore, the Government requests that the Court dismiss the criminal complaint against Defendant Alvin Summers without prejudice and vacate the hearing scheduled for August 29, 2025 at 1:00 PM.

Respectfully submitted,

JEANNINE FERRIS PIRRO
UNITED STATES ATTORNEY

By: /s/ Mark Levy
Mark Levy
Assistant United States Attorney
D.C. Bar No. 241668
601 D Street NW
Washington, D.C. 20052
202-252-7101
Mark.Levy@usdoj.gov