**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **UNITED STATES OF AMERICA** | Case No. 25-MJ-144 |
| v. | |
| **ALVIN SUMMERS,** | |
| Defendant. | |

**JOINT STATUS REPORT**

The United States of America, by and through its attorney, the United States Attorney for the District of Columbia, and Defendant Alvin Summers, by and through undersigned counsel, submit the following joint status report:

On July 28, 2025, the Government moved to dismiss this case without prejudice. On the same date, Defendant partially objected, contending that this case should be dismissed with prejudice.

On July 29, 2025, the parties appeared before the Honorable Magistrate Judge Harvey, who set a briefing schedule to determine whether this case should be dismissed with or without prejudice.

The parties have conferred and agreed that the case can be dismissed with prejudice only to the extent that the Government shall not file any charges stemming from the facts of Defendant's arrest on August 15, 2025 pursuant to 18 U.S.C. § 111, 22 D.C. Code § 405, or 22 D.C. Code § 404. Accordingly, the parties submit the attached proposed order to resolve this case and further briefing is no longer necessary in this case.

Respectfully submitted,

                Jeanine Ferris Pirro
                United States Attorney

By:    /s/ Mark Levy
        Mark Levy
        DC Bar No. 241668

        Assistant United States Attorney
        United States Attorney's Office for D.C.
        601 D Street NW, Fifth Floor
        Washington, D.C. 20530

        A.J. Kramer
        Federal Public Defender

        Mary Petras
        Assistant Federal Public Defender
        625 Indiana Avenue, N.W., Suite 550
        Washington, D.C.  20004