**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **UNITED STATES OF AMERICA** | Case No. 25-MJ-144 |
| **v.** | |
| **ALVIN SUMMERS,** | |
| **Defendant.** | |

**ORDER**

Upon consideration of the Government's Motion to Dismiss Complaint ("Government's motion"), Defendant Alvin Summers's Partial Opposition thereto, and the parties' Joint Status Report, it is hereby

ORDERED that the Government's motion is GRANTED in part; and it is further

ORDERED that the complaint shall be DISMISSED with prejudice only to the charges under 18 U.S.C. § 111, 22 D.C. Code § 405, and 22 D.C. Code § 404.  Any remaining charges shall remain viable.

_____

UNITED STATES MAGISTRATE JUDGE